IN THE UNITED STATES DISTRCIT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MIDBROOK FLOWERBULBS HOLLAND B.V., | ) |
| Plaintiff, | ) NO. 3:14-cv-05409-RJB |
| v. | ) JUDGMENT ON ANSWER (PROPOSED) |
| HOLLAND AMERICA BULB FARMS, INC., a Washington corporation, Defendants, | ) Miscellaneous Action No. MC15-5006BHS |
| UMPQUA BANK, Garnishee Defendant. | ) |

## JUDGMENT SUMMARY

A.  1. Judgment Creditor:   MIDBROOK FLOWERBULBS HOLLAND, B.V.
    2. Judgment Debtor:     UMPQUA BANK
    3. Principal Amount:    $100.00

B.  1. Judgment Creditor:   MIDBROOK FLOWERBULBS HOLLAND, B.V.
    2. Judgment Debtors:    HOLLAND AMERICA BULB FARMS, INC.,
                            a Washington Corporation
    3. Statutory Attorneys
       fees and costs:      $357.00

C.  Judgment amounts shall bear interest at the rate of 17% per annum.

D.  Attorneys for Judgment Creditor: SCHWEET LINDE & COULSON, PLLC

Judgment on Answer- 1

1

2   THIS MATTER having come on regularly for hearing on the application of plaintiff for
3   judgment on answers of garnishee defendant; it appearing that garnishee defendant has filed its
4   answer herein admitting that it is indebted to defendant and that it is holding nonexempt monies
5   of defendant, Holland America Bulb Farms, Inc. in the sum of $100.00, that plaintiff has
6   judgment unsatisfied against the defendant in a sum in excess of said sum; and the Court being
7   duly advised; it is

8   ORDERED, ADJUDGED AND DECREED that plaintiff have judgment against
9   garnishee defendant in the sum of $100.00 and that garnishee defendant shall be discharged
10  from this action.  The Clerk of the Court shall thereupon enter a full satisfaction of the judgment
11  against garnishee defendant; it is further;

12  ORDERED, ADJUDGED AND DECREED that plaintiff have judgment against the
13  defendant, Holland America Bulb Farms, Inc. in the sum of $357.00 as costs incurred in this
14  proceeding.

15  DONE IN OPEN COURT this ___ day of April, 2015.

16

17                                                                   _____
                                                                     Judge/Court Commissioner
    Presented By:
18  SCHWEET LINDE & COULSON, PLLC

19  _____
    Thomas S. Linde, WSBA 14426
20  Attorneys for Plaintiff

21

22

23

Judgment on Answer- 2